UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___ 12/18/2025 ___

ANDRE LEWIS,

                           **Plaintiff,**

         -against-

GREYHOUND LINES, INC., et al.,

                       **Defendants.**

---------------------------------------------------------------X

25-CV- 09620 (AT)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

Plaintiff's motion to file under seal his medical records attached as exhibits to his complaint, ECF No. 4, is GRANTED. Only the Court and the parties in this litigation will have access to the exhibits filed under seal.

Plaintiff's motion for early limited discovery, ECF No. 5, is DENIED without prejudice. Plaintiff's motion for discovery is premature at this juncture because Defendants have not yet appeared in this action. The Court will set a discovery schedule at its first conference.

Further, Plaintiff is advised that there is a *Pro Se* Law Clinic available to assist self-represented parties in civil cases. The *Pro Se* Law Clinic is run by a private organization called the City Bar Justice Center; it is not part of, or run by, the Court (and, among other things, therefore, cannot accept filings on behalf of the Court, which must still be made by any self-represented party through the *Pro Se* Intake Unit). To make an appointment, Plaintiff must complete the City Bar Justice Center's intake form. If Plaintiff has questions about the intake form or needs to highlight an urgent deadline already disclosed in the form, the clinic can be

contacted by phone (212-382-4794) or email (fedprosdny@nycbar.org). A flyer for the City Bar

Justice Center's Federal *Pro Se* Legal Assistance Project is attached to this Order.

Finally, Plaintiff may choose to receive court documents by email by completing the

Consent to Electronic Service Form located here:

https://nysd.uscourts.gov/sites/default/files/2021-03/Consent_Pro-Se_Eservice-form.pdf.

### CONCLUSION

Plaintiff is granted leave to file the exhibits to his complaint under seal. Accordingly, the

Clerk of Court is directed to lift the sealing of the complaint, but the exhibits attached to the

complaint can remain under seal, accessible to only the Court, the Plaintiff, and Defendants. The

Clerk of Court is respectfully requested to terminate the motions at ECF Nos. 4 and 5, as well as

mail an information package to Plaintiff.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:     December 18, 2025
             New York, New York

# FEDERAL PRO SE LEGAL ASSISTANCE PROJECT
in the Southern District of New York (SDNY)



## ABOUT THE PROJECT

The Federal Pro Se Legal Assistance Project provides limited assistance to self-represented litigants (plaintiffs and defendants) with cases involving civil legal matters in the United States District Court for the Southern District of New York (SDNY).

This project assists plaintiffs and defendants on a variety of federal legal issues, including, among others, civil rights, employment discrimination, and disability discrimination. The team also assists incarcerated individuals with civil (non-criminal) claims.

## HOW WE HELP

Fed Pro provides limited assistance through full-time attorneys, legal support team members, pro bono (volunteer) attorneys, law school/college interns, and a social work team. **While we cannot provide full representation,** Fed Pro can assist litigants by providing limited-scope services such as:

 **Counseling** about potential federal claims prior to filing suit

 Consulting on **discovery** matters

 **Interpreting and explaining** federal law and procedure

 Assisting with the **settlement** process (including mediation)

 **Reviewing drafted pleadings** and correspondence with the Court

## HOW TO ACCESS OUR SERVICES



For assistance, please complete the **online form** located on our website, https://www.citybarjusticecenter.org/projects/federal-pro-se-legal-assistance-project/.

If you are not able to complete the form, or you have questions about the form, please **call (212) 382-4794.** Please leave a message and wait for us to call you back.