UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

ANDRE LEWIS,

                         **Plaintiff,**

            **-against-**

GREYHOUND LINES, INC., et al.,

                       **Defendants.**

------------------------------------------------------------------X

25-CV- 09620 (AT)(SN)

**ORDER OF SERVICE**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/18/2025

**SARAH NETBURN, United States Magistrate Judge:**

To allow Plaintiff, proceeding *pro se*, to effect service on Defendants Greyhound Lines, Inc. and Flix North America, Inc. through the U.S. Marshals Service, the Clerk of the Court is instructed to fill out a U.S. Marshals Service Process Receipt and Return form ("USM-285 form") for each of these defendants. The service addresses for these defendants are:

1.     Greyhound Lines, Inc.
       c/o Corporation Service Company
       251 Little Falls Drive
       Wilmington, DE 19808

2.     Flix North America, Inc.
       c/o Corporation Service Company
       251 Little Falls Drive
       Wilmington, DE 19808

The Clerk of Court is further instructed to issue a summons and deliver to the Marshals Service all of the paperwork necessary for the Marshals Service to effect service upon these defendants.

It is Plaintiff's responsibility to ensure that service is made within 90 days of the date the summons is issued and, if necessary, to request an extension of time for service. See Meilleur v.

Strong, 682 F.3d 56, 63 (2d Cir. 2012). Plaintiff also must notify the Court in writing if his address changes, and the Court may dismiss the action if he fails to do so.

Further, under Valentin v. Dinkins, a *pro se* litigant is entitled to assistance from the district court in identifying a defendant. 121 F.3d 72, 76 (2d Cir. 1997). In the Complaint, Plaintiff supplies sufficient information to permit Defendants to identify the woman who, on September 11, 2025, drove Greyhound Bus #940, traveling between Port Authority Bus Terminal in New York City and Hartford, Connecticut. See ECF No. 1 at ¶ 8. It is therefore ORDERED that Defendants must ascertain the identity of Jane Doe and the address where she may be served. Defendants must provide this information to Plaintiff and the Court within 60 days of the date of this Order.

Moreover, within 30 days of receiving this information, Plaintiff is ORDERED to file an amended complaint naming the Jane Doe Defendant. The amended complaint will replace, not supplement, the original complaint. An amended complaint form that Plaintiff should complete is attached to this order. Once Plaintiff has filed an amended complaint, the Court will screen the amended complaint and, if necessary, issue an order directing the Clerk of Court to complete the USM-285 forms with the addresses for the Jane Doe Defendant and deliver all documents necessary to effect service to the U.S. Marshals Service

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:        December 18, 2025
              New York, New York

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*


**-against-**

_____

_____

_____

_____

_____

_____

_____

_____

_____

*(In the space above enter the full name(s) of the defendant(s).  If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names.  The names listed in the above caption must be identical to those contained in Part I.  Addresses should not be included here.)*

____ Civ. _____ ( ____ )

**AMENDED
COMPLAINT**


Jury Trial:  □ Yes      □ No

(check one)


**I.        Parties in this complaint:**

A.        List your name, address and telephone number.  If you are presently in custody, include your identification number and the name and address of your current place of confinement.  Do the same for any additional plaintiffs named.  Attach additional sheets of paper as necessary.

Plaintiff        Name _____
                 Street Address _____
                 County, City _____
                 State & Zip Code _____
                 Telephone Number _____

B.        List all defendants.  You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual.  Include the address where each defendant may be served.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  Attach additional sheets of paper as necessary.

*Rev. 12/2009*                                        1

Defendant  No. 1          Name  _____

                          Street Address _____

                          County, City _____

                          State & Zip Code _____

                          Telephone Number _____


Defendant  No. 2          Name  _____

                          Street Address _____

                          County, City _____

                          State & Zip Code _____

                          Telephone Number _____


Defendant  No. 3          Name  _____

                          Street Address _____

                          County, City _____

                          State & Zip Code _____

                          Telephone Number _____


Defendant  No. 4          Name  _____

                          Street Address _____

                          County, City _____

                          State & Zip Code _____

                          Telephone Number _____


**II.      Basis for Jurisdiction:**

Federal courts are courts of limited jurisdiction.  Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.      What is the basis for federal court jurisdiction?  *(check all that apply)*

□ Federal Questions               □ Diversity of Citizenship


B.      If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? _____

_____

_____


C.      If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship _____

Defendant(s) state(s) of citizenship _____

_____

**III.    Statement of Claim:**

State as briefly as possible the <u>facts</u> of your case.    Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  Attach additional sheets of paper as necessary.

A.    Where did the events giving rise to your claim(s) occur? _____

_____

B.    What date and approximate time did the events giving rise to your claim(s) occur? _____

_____

_____

C.    Facts: _____

_____

**What happened to you?**    _____

_____

_____

_____

**Who did what?**    _____

_____

_____

_____

**Was anyone else involved?**    _____

_____

**Who else saw what happened?**    _____

_____

_____

_____

**IV.    Injuries:**

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.  _____

_____

_____

_____

_____

_____

*Rev. 12/2009*                    3

**V.    Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.  _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this ____ day of _____, 20___.

Signature of Plaintiff    _____

Mailing Address    _____

_____

_____

Telephone Number    _____

Fax Number *(if you have one)*   _____

Note:    All plaintiffs named in the caption of the complaint must date and sign the complaint.  Prisoners must also provide their inmate numbers, present place of confinement, and address.

For Prisoners:

I declare under penalty of perjury that on this _____ day of _____, 20__, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff:    _____

Inmate Number    _____

*Rev. 12/2009*                                          4