**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

ANDRE LEWIS,

                 **Plaintiff,**

     -against-

GREYHOUND LINES, INC., et al.,

              **Defendants.**

---------------------------------------------------------------X

25-CV- 09620 (AT)(SN)

**ORDER**

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC #: _____
DATE FILED: ___ 3/3/2026 ___

**SARAH NETBURN, United States Magistrate Judge:**

On March 2, 2026, the Court denied Plaintiff's motion for default judgment without prejudice and granted Defendants' request to respond to the Complaint by no later than Friday, April 17, 2027. ECF Nos. 34, 35. The Court also ordered Defendants to ascertain the identity of Jane Doe and indicate whether Defendants will accept service on their behalf by no later than Wednesday, April 1, 2026. ECF No. 35. Accordingly, Plaintiff's requests filed at ECF Nos. 31 and 33 are DENIED as moot. Moreover, Plaintiff's request for all onboard video and electronic control module data from the September 11, 2025 incident, ECF No. 31 at 6, is DENIED without prejudice. As the Court previously noted in its Order at ECF No. 13, requests for discovery are premature at this juncture and the Court will set a discovery schedule at its first conference.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:     March 3, 2026
            New York, New York