UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

ANDRE LEWIS,

                              Plaintiff,                              25-CV-09620 (AT)(SN)

              -against-                                               ORDER

GREYHOUND LINES, INC., et al.,

                              Defendants.

------------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

On April 2, 2026, Plaintiff (proceeding *pro se*) filed an Amended Complaint. See ECF

No. 40. Per Defendants' April 1, 2026 letter, counsel for Defendants Greyhound Lines, Inc. and

Flix North America, Inc. will accept service of process on behalf of Defendant Dawnise Traore.

See ECF No. 37. Accordingly, Defendants are ORDERED to answer or otherwise respond to the

Amended Complaint by no later than Friday, April 17, 2026.

Further, Plaintiff's request to keep under seal the exhibits to Plaintiff's initial Complaint

that are incorporated by reference in the Amended Complaint is GRANTED. Plaintiff's request

to file under seal two additional exhibits to the Amended Complaint is also GRANTED.

The Clerk of Court is respectfully requested to terminate the motion at ECF No. 39.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:        April 7, 2026
              New York, New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___ 4/7/2026 ___